**Opinion issued August 28, 2014**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-14-00600-CV

—————————————

## IN RE FRANK MCKENNEY, ONGAGE DRILLING SYSTEMS, LLC, DARRELL J. KLESEL AND HALTON W. KLESEL, Relators

**Original Proceeding on Petition for Writ of Mandamus**

## MEMORANDUM OPINION

On August 12, 2014, Relators Frank McKenney and OnGage Drilling Systems, L.L.C. filed a Notice of Settlement, indicating they had settled all issues in the underlying court case. Also on August 12, 2014, Relators Darrell J. Klesel and Halton Klesel filed a Statement of No Opposition to Dismissal indicating that agreed orders entered by the district court had rendered the petition moot. Real

Parties in Interest, Inrock Drilling Systems, Inc. and Inrock Acquisistions, Inc. D/B/A Inrock Manufacturing, filed a Supplemental Response in Opposition to Petition for Writ of Mandamus agreeing that all of the issues raised in this petition are now moot.

Accordingly, we **dismiss** the petition for writ of mandamus as moot.

## PER CURIAM

Panel consists of Justices Massengale, Brown, and Huddle.